JS - 6

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jenny Luise Colonna, <br><br> Plaintiff(s), <br><br> V. <br><br> Lowe's HIW Inc, et al, <br><br> Defendant(s). | CASE NO. **SACV13-00556 DOC (RNBx)** <br><br> ORDER DISMISSING CIVIL ACTION |

The Court having been advised by counsel for the parties that the above-entitled action has been settled;

IT IS THEREFORE ORDERED that this action is dismissed without prejudice to the right, upon good cause shown by January 31, 2014, to reopen this action if settlement is not consummated.

IT IS SO ORDERED.

DATED: December 30, 2013

_David O. Carter_
DAVID O. CARTER
United States District Judge